PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:05-CR-24-002

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Amy Elaine Roney<br>227 Peebles Drive<br>Forsyth, Georgia 31029 | Middle District of Florida | Macon |

NAME OF SENTENCING JUDGE

Honorable Maurice M. Paul, Senior United States District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 2/26/2007 | TO 2/25/2010 |
|---|---|---|

OFFENSE

Possession of Stolen Mail and Conspiracy to Use Unauthorized Access Devices

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_September 5, 2008_
Date

_Maurice M. Paul_
Maurice M. Paul
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11 Sep 2008_
Effective Date

_C. Ashley Royal_
U. S. District Judge